UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASARIO PEREZ-SALAS, | Case No. 5:26-cv-02377-SB-AJR |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DHS, ET AL., | |
| Respondents. | |

Petitioner Nasario Perez-Salas was detained by Immigration and Customs Enforcement (ICE) on November 17, 2025.  On May 1, 2026, Petitioner, proceeding pro se, filed a habeas corpus petition challenging the lawfulness of his detention and seeking immediate release.  On May 8, 2026, the government filed an answer to the petition stating:

> Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking an order requiring Respondents to release him from immigration detention. . . . Respondents are not presenting an opposition argument at this time.  Should the Court enter relief, judgment may be entered, and consistent with the "expeditious resolution" of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter.

Dkt. No. 6.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Based on that review, and in light of the government's nonopposition to Petitioner's request for release, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Court grants the petition and ORDERS Respondents to immediately release Petitioner

from custody.  By May 20, 2026, the government shall file a report on the status of its compliance with this order.

Further, in prior cases where the government has not opposed immediate release, this Court has entered a permanent injunction—using language approved by the government—requiring compliance with the applicable law on any future redetention. *See, e.g., Garcia-Quiros v. Warden*, No. 5:26-cv-00439-SB-ADS (C.D. Cal. Jan. 31, 2026), Dkt. No. 22; *Karginov v. Bondi*, No. 5:26-cv-00329-SBSP (C.D. Cal. Jan. 26, 2026), Dkt. No. 20; *Perez v. Marin*, No. 5:26-cv-01241-SBKES (C.D. Cal. Mar. 16, 2026), Dkt. No. 12.  It appears that similar relief is warranted here. The Court therefore enters the following additional relief:

The government is enjoined and restrained from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R. § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

Any party objecting to this additional relief may file a motion for reconsideration by no later than June 5, 2026.  Otherwise, final judgment will be entered consistent with this order.

DATED: May 15, 2026

Stanley Blumenfeld, Jr.
United States District Judge

2