JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NASARIO PEREZ-SALAS,

      Petitioner,

  v.

DHS, ET AL.,

      Respondents.

Case No. 5:26-cv-02377-SB-AJR

**FINAL JUDGMENT**

On May 15, 2026, the Court accepted the findings, conclusions, and recommendations of U.S. Magistrate Judge, granted the unopposed petition, and ordered Petitioner's immediate release.  The government is enjoined and restrained from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R. § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

DATED:  June 11, 2026



_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE